IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| JERI NETZLEY | : | CASE NO. 3:16-cv-378 |
| Plaintiff, | : | |
| v. | : | JUDGE WALTER H. RICE |
| | : | |
| HOCK'S PHARMACY, INC | : | **ENTRY FOR STIPULATION OF DISMISSAL WITH PREJUDICE OF PLAINTIFF'S COMPLAINT** |
| Defendant. | : | |
| | : | |

The within action having been settled, the Plaintiff, by and through her undersigned counsel, hereby has been granted a dismissal with prejudice for all claims relative to the above-captioned case.

_____
UNITED STATES DISTRICT JUDGE

Or

_____
UNITED STATES MAGISTRATE JUDGE

Prepared by:

Serah E. Siemann (0088687)
Siemann & Associates Co., L.P.A.
1015 E. Centerville Station Rd.
Centerville, OH 45459
(937) 496-1450 phone
(937) 496-1453 facsimile
ssiemann@siemannlaw.com

Attorney for Plaintiff